UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN THORNTON,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE,<br><br>    Defendant. | Case No. 25-cv-04893-WHO (PR)<br><br>**JUDGMENT** |

This federal civil rights action having been dismissed without prejudice, judgment is entered in favor of defendant.

**IT IS SO ORDERED.**

**Dated:** October 9, 2025



_____
WILLIAM H. ORRICK
United States District Judge